# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL CHRISTOPHER HALE

v.

KAREN BRUNSON

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5391RBL/KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's writ of habeas corpus (Dkt. #1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

| | |
|---|---|
| January 4, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |