HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL CHRISTOPHER HALE,

    Petitioner,

v.

KAREN BRUNSON,

    Respondent.

Case No. C07-5391RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Petitioner's Motion for Reconsideration [Dkt. #17]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Under CR 7, Local Rules W.D. Wash., motions for reconsideration are disfavored and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Cr 7(h), Local Rules W.D. Wash. This standard has not been met in this case, and the Court will not reconsider its prior ruling. [Dkt. #15]. Petitioner's motion is **DENIED.**

**IT IS SO ORDERED.**

Dated this 13th day of February, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1